RECEIVED

2005 DEC 20 A 9: 36

DEBRA P. ... K
U.S. DIS...
MIDDLE...

1:05mc 3274-A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEY EQUIPMENT FINANCE INC., as successor in interest to KEYCORP LEASING, a division of KEY CORPORATE CAPITAL INC.,<br><br>Plaintiffs,<br><br>- against -<br><br>CLARK CONSTRUCTION COMPANY, INC., CLARK CRANE, L.L.C. and COLBERT F. CLARK,<br><br>Defendants | **JUDGMENT OF DEFAULT**<br><br>Civil Action No.: 05-CV-0604<br>Assigned Judge:<br>  Hon. Gary L. Sharpe |

In this action the Defendants, Clark Construction Company, Inc., Clark Crane, L.L.C., and Colbert F. Clark, were regularly served with the Summons and Complaint, and failed to plead or otherwise defend. The legal time for pleading or otherwise defending has expired and the default of the Defendants, Clark Construction Company, Inc., Clark Crane, L.L.C., and Colbert F. Clark, has been duly entered according to the law. Upon the application of the Plaintiff, judgment is hereby entered against the Defendants, Clark Construction Company, Inc., Clark Crane, L.L.C., and Colbert F. Clark, in accordance with the prayer of the Complaint.

WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that the Plaintiff shall have and recover:

ECF DOCUMENT
I certify that this is a printed copy of a document which was electronically filed with the UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF NEW YORK.
LAWRENCE K. BAERMAN, CLERK
Dated: 12/14/05
By: _____ Deputy Clerk

I.  From Defendants Colbert F. Clark and Clark Construction Company, Inc., jointly and severally, the sum of One Hundred Twenty-Four Thousand, Two Hundred Thirty-Eight and 99/100 Dollars ($124,238.99); and

II. From Defendant Clark Crane, L.L.C., the sum of Ninety-One Thousand, Eight Hundred Fifteen and 46/100 Dollars ($91,815.46); and

III. From Defendant Clark Construction, the sum of Thirty-Four Thousand, Eight Hundred Eighty-Eight and 76/100 Dollars ($34,888.76); and

IV. From Defendants Clark Construction, the sum of One Hundred Thirteen Thousand, Two Hundred Seventy-Four and 69/100 Dollars ($113,274.69); and

V. From Defendants Colbert Clark, Clark Construction and Clark Crane, jointly and severally, the sum of One Hundred Ninety-Five Thousand, Three Hundred Fifty-Four and 46/100 ($195,354.46);

That interest on this judgment be calculated pursuant to 28 U.S.C. § 1961, until paid, together with the Plaintiff's costs and disbursements of $711.80 incurred in this action against all Defendants, jointly and severally, and that the Plaintiff have execution therefore.

Judgment rendered this 1st day of September 2005.

**LAWRENCE K. BAERMAN**
_Clerk of Court_          By: _[signature]_          9/15/05
                          _Deputy Clerk_              _Date_

2